UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO SALAS, JR., | No. 2:25-cv-3538 CKD P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

Petitioner, a county jail inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner is incarcerated in Ventura County Jail and has an ongoing case in Ventura County Superior Court. Ventura County is an area embraced by the United States District Court for the Central District of California.

Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

////

////

////

1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2  This matter is transferred to the United States District Court for the Central District of

3  California.  28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

4  Dated:  December 15, 2025

5  _____
   CAROLYN K. DELANEY
6  UNITED STATES MAGISTRATE JUDGE

9  1/hh
   sala3538.108b

2