# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO SALAS JR., | No. CV 25-11904-JLS(E) |
| Petitioner, | |
| v. | ORDER DISMISSING PETITION WITHOUT PREJUDICE |
| WARDEN, | |
| Respondent. | |

On December 8, 2025, Petitioner filed in the Eastern District of California a Petition challenging Petitioner's pending criminal prosecution in state court. On December 18, 2025, this Court received a transfer of the Petition.

Except under narrow circumstances not here present, federal courts abstain from interfering with pending state criminal proceedings. See Younger v. Harris, 401 U.S. 37 (1971); see also 28 U.S.C. § 2283. "Our circuit has stated that Younger abstention is appropriate if: '(1) there are ongoing state judicial proceedings, (2) the proceedings implicate important state interests, and (3) there is an adequate opportunity in the state proceedings to resolve federal questions.'" Dubinka v. Judges of the Superior Ct., 23 F.3d 218, 223 (9th Cir. 1994)(quoting Gartrell Constr., Inc. v. Aubry, 940 F.2d 437, 441 (9th Cir. 1991)). Petitioner's state criminal proceedings, which manifestly implicate important state interests, are ongoing. Petitioner has an adequate opportunity in the state proceedings to resolve any

federal questions that may arise therein.

For the foregoing reasons, the Petition is dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  December 19, 2025

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

PRESENTED this 18th day

of December, 2025, by:

                    /S/
_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

2