JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ALEJANDRO SALAS JR.,

     Petitioner,

  v.

WARDEN,

     Respondent.

No. CV 25-11904-JLS(E)

JUDGMENT

Pursuant to the "Order Dismissing Petition Without Prejudice,"

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED:  December 19, 2025

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE